|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | UNITED STATES DISTRICT COURT |
| 6 | WESTERN DISTRICT OF WASHINGTON AT SEATTLE |

| | |
|---|---|
| BABAK MOSTAFAVINASSAB, | |
| Plaintiff, | |
| v. | C15-1280 TSZ |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ORDER |
| Defendant. | |

Plaintiff's unopposed motion for attorney's fees pursuant to 42 U.S.C. § 406(b), docket no. 27, is GRANTED as follows. Pursuant to 42 U.S.C. § 406(b), plaintiff's attorneys are awarded $15,433.98, which represents the requested contingent fee award of $21,690.50, which the Court concludes is reasonable, reduced by the amount of fees ($6,256.52) previously awarded under the Equal Access to Justice Act, *see* Order (docket no. 26). The attorney-fee award of $15,433.98 shall be made from the past-due benefits to which plaintiff is entitled, which total $110,762.00. The Social Security Administration is DIRECTED to pay the law firm of Schroeter, Goldmark & Bender (500 Central Building, 810 Third Avenue, Seattle, WA 98104) the amount awarded ($15,433.98) minus any processing or other fees allowed by statute or regulation.

ORDER - 1

1 | The Clerk is directed to send a copy of this Order to all counsel of record.

2 | IT IS SO ORDERED.

3 | Dated this 27th day of July, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2